1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | WESLEY CARROLL,                                 1:11-cv-01438-MJS (PC)

12 |            Plaintiff,                           ORDER DENYING PLAINTIFF'S
                                                     MOTION TO EXTEND TIME TO FILE
13 |      vs.                                        ADDITIONAL DOCUMENTS AND
                                                     GRANTING PLAINTIFF'S MOTION TO
14 | UNITED STATES PRETRIAL                          CORRECT A DEFENDANT'S NAME
     SERVICES, et al.,
15 |                                                 (ECF No. 8 & 10)
            Defendants.
16

17 | _____/

18       Plaintiff Wesley Carroll ("Plaintiff") is a prisoner proceeding pro se in a civil

19 rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of

20 Narcotics, 403 U.S. 388 (1971).

21       On October 26, 2011, Plaintiff filed a Motion for an Extension of Time to file

22 additional documents.  (ECF No. 8.)  Plaintiff alleges that he has sent motions to the

23 Court and has not received any response to his motions.  (Id.)  Plaintiff also alleges

24 that some of his  legal mailings were not received or and some were not delivered due

25 to interference with his mail.  (Id.)  Plaintiff asks for fifty claim forms and a thirty day

26 extension.  (Id.)

27       No claim forms are needed in this action.  The Court is not in a position to

28 supply claims forms for other purposes

1    Plaintiff does not have any pending deadline in this action.  The Court cannot

2  determine what deadline Plaintiff wants extended.

3    On November 9, 2011, Plaintiff filed a Motion to Correct  the name of

4  Defendant "United States Pretrial Services"  to "U.S. Postal Service".   (ECF No. 10.)

5    Accordingly, the Court hereby ORDERS the following:

6    1.    Plaintiff's Motion for an Extension of Time (ECF No. 8) is DENIED;

7    2.    Plaintiff's Motion to Correct Defendant's Name (ECF No. 10) is

8          GRANTED; and

9    3.    The Clerk's Office is ORDERED to change the name of Defendant

10          "United States Pretrial Services" to "U.S. Postal Service".

11

12

13

14  IT IS SO ORDERED.

15  Dated:    December 16, 2011          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28