UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY CARROLL,            Plaintiff,       vs.  UNITED STATES PRETRIAL SERVICES, et al.,            Defendants. _____/ | 1:11-cv-01438-MJS (PC)  ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE ADDITIONAL DOCUMENTS AND GRANTING PLAINTIFF'S MOTION TO CORRECT A DEFENDANT'S NAME  (ECF No. 8 & 10) |

   Plaintiff Wesley Carroll ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

   On October 26, 2011, Plaintiff filed a Motion for an Extension of Time to file additional documents. (ECF No. 8.) Plaintiff alleges that he has sent motions to the Court and has not received any response to his motions. (Id.) Plaintiff also alleges that some of his legal mailings were not received or and some were not delivered due to interference with his mail. (Id.) Plaintiff asks for fifty claim forms and a thirty day extension. (Id.)

   No claim forms are needed in this action. The Court is not in a position to supply claims forms for other purposes

Plaintiff does not have any pending deadline in this action. The Court cannot determine what deadline Plaintiff wants extended.

On November 9, 2011, Plaintiff filed a Motion to Correct the name of Defendant "United States Pretrial Services" to "U.S. Postal Service". (ECF No. 10.)

Accordingly, the Court hereby ORDERS the following:

1. Plaintiff's Motion for an Extension of Time (ECF No. 8) is DENIED;
2. Plaintiff's Motion to Correct Defendant's Name (ECF No. 10) is GRANTED; and
3. The Clerk's Office is ORDERED to change the name of Defendant "United States Pretrial Services" to "U.S. Postal Service".

IT IS SO ORDERED.

Dated:   December 16, 2011          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE