1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8   WESLEY CARROLL,                          1:11-cv-1438-MJS (PC)

9                  Plaintiff,                ORDER   TO   SUBMIT    CORRECT
                                             APPLICATION TO PROCEED IN FORMA
10  v.                                       PAUPERIS OR PAY FILING FEE WITHIN
                                             45 DAYS
11  U.S. POSTAL SERVICE, et al.,

12                 Defendants.
    _____/

13

14          Plaintiff Wesley Carroll ("Plaintiff") is a federal prisoner proceeding pro se in a civil rights

15  action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).  Plaintiff has not paid

16  the $350.00 filing fee, or submitted the correct application to proceed in forma pauperis

17  pursuant to 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          1.  The Clerk's Office shall send to Plaintiff the form for application to proceed in forma

20  pauperis.

21          2.  Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit

22  the attached application to proceed in forma pauperis, completed and signed, or in the

23  alternative, pay the $350.00 filing fee for this action.

24          **Failure to comply with this Order will result in dismissal of this action.**

25

26  IT IS SO ORDERED.

27  Dated:    January 10, 2012          /s/  *Michael J. Long*
                                        UNITED STATES MAGISTRATE JUDGE
28